*No.*_ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JAMES TURNER

**INFORMATION**
Count(s)
**18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count)
18 U.S.C. § 1343 (wire fraud - 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notices of forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Clerk

Bail, $_____