# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### INFORMATION

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia            County:   Philadelphia

City and State of Defendant:   Philadelphia, Pennsylvania
County:  Philadelphia         Register Number:  N/A

Place of accident, incident, or transaction:     Eastern District of Pennsylvania

Post Office: Philadelphia        County:    Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses? YES  In Re:  John Brady 2021-00398; Stephen Kish 2021-00372; Jesse Fleck 2021-00374; Peter Brauner 2021-00373; David Abell 2021-00375; Stanley Woloff 2021-00377; Rodney Martinez 2021-00376 and Mark Irvello 2021-00371
*all Informations to be filed today

Case Number:             Judge:

CRIMINAL:    (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☐ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☒ General Criminal
   **18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count)**
   **18 U.S.C. § 1343 (wire fraud - 1 count)**
   **18 U.S.C. § 2 (aiding and abetting – 1 count)**
   **Notices of forfeiture**

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

DATE:   8-11-2021             /s/ Louis D. Lappen
                              Louis D. Lappen
                              Deputy United States Attorney

File No. 2021R00378
US v. James Turner

Defendant:  James Turner
DOB: 8/17/1961