IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JAMES TURNER

CRIMINAL NO.  21-304

## NOTICE OF HEARING

       TAKE NOTICE that defendant is scheduled for a **Arraignment/Guilty Plea Hearing** on Tuesday, November 23, 2021 at 12:00 p.m. before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐  **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒  **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒  **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐  **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.


By:

/s/ Leesa B. Ciamaichelo
Deputy to Judge C. Darnell Jones II
Phone: (267) 299-7759


Date:  October 29, 2021

cc - via U.S. mail:                     Defendant
cc - via email:                       J. Capone, Esquire
                                          L. Lappen, Assistant U.S. Attorney
                                          U.S. Marshal
                                          Probation Office
                                          Pretrial Services
                                          Interpreter Coordinator