IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.  21-304 |
| JAMES TURNER | |

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a <u>**Sentencing**</u> on <u>**Tuesday, March 15, 2022**</u> at <u>**1:00 p.m.**</u> before the <u>**Honorable C. Darnell Jones II**</u> in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:    /s/ Leesa B. Ciamaichelo
Deputy to Judge C. Darnell Jones II
Phone: (267) 299-7759

Date:  November 24, 2021

cc - via U.S. mail:    Defendant
cc - via email:    J. Capone, Esquire
L. Lappen, Assistant U.S. Attorney
U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)