IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :     CRIMINAL ACTION
                    v.            :
                                  :     No. 21.cr.304.01
JAMES TURNER

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Sentencing hearing on Tuesday, May 10, 2022 at 2:00 p.m. before the **Honorable C. Darnell Jones II** in **Courtroom 15B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

**CANCELLED**

For additional information, please contact the undersigned.

By:        A'iShah El-Shabazz, Court Services Supervisor
           Phone: 267.299.7104

Date:      May 9, 2022

cc via U.S. Mail:     Defendant
cc via email:         Defense Counsel – Joseph Capone
                      Assistant U.S. Attorney – Louis Lappen
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator

crnotice (July 2021)