IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES TURNER | CRIMINAL NO.  21-304 |

## NOTICE OF HEARING

    **TAKE NOTICE** that defendant is scheduled for a <u>**Sentencing**</u> on <u>**Tuesday, May 24, 2022**</u> at <u>**10:00 a.m**</u> before the <u>**Honorable C. Darnell Jones II**</u> in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.


By:	/s/ Leesa B. Ciamaichelo
	Deputy to Judge C. Darnell Jones II
	Phone: (267) 299-7759

Date: <u>May 17, 2022</u>

cc - via U.S. mail:		Defendant
cc - via email:		J. Capone, Esquire
		L. Lappen, Assistant U.S. Attorney
		U.S. Marshal
		Probation Office
		Pretrial Services
		Interpreter Coordinator


crnotice (July 2021)